# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2069
Lower Tribunal Nos. DOAH No. 22-001689CS, 13210008762FC & CSP
No. 2001370565

_____

**Ezra Washington,**
Appellant,

vs.

**State of Florida, Department of Revenue, Child Support Program, et al.,**
Appellees.

An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Ezra Washington, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee Department of Revenue.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. See Addison v. Florida Dep't of Revenue, 322 So. 3d 230, 230–31 (Fla. 1st DCA 2021) ("Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) (holding that on appeal, decision of lower tribunal 'has the presumption of correctness,' appellant bears burden 'to demonstrate error,' and 'the lack of a trial transcript or a proper substitute' forecloses reversal); Lafaille v. Lafaille, 837 So. 2d 601, 604 (Fla. 1st DCA 2003) (explaining that  lower tribunal's findings and final judgment 'cannot be disturbed absent a record demonstrating reversible error,' and that appellant has burden to present reviewing court 'with an adequate record to support his appeal'); Moore v. Moore, 512 So. 2d 1141, 1141 (Fla. 1st DCA 1987) (affirming child support determination because record did not 'contain a transcript of the hearing resulting in the order appealed' nor statement of evidence or proceedings pursuant to Florida Rule of Appellate Procedure 9.200(b)).").